```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
MAYRA JIMENEZ,                    :   11-CIV-2550 (LAP)
                                  :
            Petitioner,           :
                                  :   Order Adopting Report and
                                  :   Recommendation
            v.                    :
                                  :
UNITED STATES OF AMERICA,         :
                                  :
                                  :
            Respondent.           :
---------------------------------x
```

Loretta A. Preska, Chief Judge:

    Mayra Jimenez ("Petitioner"), proceeding pro se, filed this action seeking habeas relief under 28 U.S.C. § 2255 from her sentence of thirty-eight months' imprisonment to be followed by three years of supervised release. (See Motion to Vacate, Set Aside, or Correct a Sentence, dated Apr. 7, 2011, No. 11 Civ. 2550 [dkt. no. 1] ("Petition").) Subsequently, Petitioner filed another submission requesting a reduction of her sentence under 18 U.S.C. § 3582. (See Motion for Post-Conviction Relief, dated July 26, 2011, No. 11 Civ. 2550 [dkt. no. 6].) On August 26, 2014, Magistrate Judge Maas issued an exhaustive Report and Recommendation, concluding that the Court should dismiss Petitioner's filings as moot because she challenges only the length of her sentence, was released from custody on December 23, 2013, and received a supervised release term below the

applicable statutory mandatory minimum. (See Report & Recommendation dated Aug. 26, 2014 No. 11 Civ. 2550 [dkt. no. 12].) To date, the Court has received no objections from either party.

Having found Judge Maas' analysis to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), the Report and Recommendation [dkt. no. 12] is hereby ADOPTED. Accordingly, the Petition [dkt. no. 1] is dismissed as moot, and the Clerk of Court is instructed to mark this action closed and all pending motions denied as moot.

SO ORDERED.

Dated:   New York, New York
         May 5, 2015

_____
LORETTA A. PRESKA
Chief United States District Judge